UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:                                           :
                                                 :
ERIKA L. PETERSON                                :    CASE NO. 13-31845
                                                 :    CHAPTER 7
Debtor                                           :

## STIPULATION FRO RELIEF FROM STAY

**WHEREAS**, on September 30, 2013, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code;

**WHEREAS**, Margaret Palmer ("Creditor") is a creditor and has a claim for personal injuries again the Debtor stemming from a car accident that occurred on or about October 14, 2011.

**WHEREAS**, said claim is pending in New London Superior Court under docket #KNL-CV-13-6018861.

**WHEREAS**, the Debtor is the first named defendant and the second named defendant is Florists Mutual Insurance Company, for which there is an under insured motorist claim.

**WHEREAS**, at the time of the accident the Debtor was insured by Travelers Home and Marine Insurance Company and the available insurance coverage under the applicable policy is $300,000.00 per occurrence.

**NOW THEREFORE,** the Debtor; and Margaret Palmer, Creditor, hereby stipulate to the following:

1. Relief from stay is hereby grated to Margaret Palmer to permit her to pursue her claim for personal injuries against the debtor.
2. With regard to her claim against the Debtor, Creditor agrees to pursue only the available insurance coverage *and will not pursue the debtor's estate.*
3. Allowing the Creditor's claim to proceed will not result in any prejudice or hardship to the Debtor or the bankruptcy estate, nor will it diminish the estate of the debtor.

DATED this 12th day of November, 2013.

        MARGARET PALMER

By: /s/ Karen S. Poirier
    Karen S. Poirier
    CT28870
    Holmes & Poirier
    67 Russ Street
    3rd Floor
    Hartford, CT 06106
    Phone – 860-578-2946
    Fax – 860-371-3818

ERIKA PETERSON

By: /s/ Bruno R. Morasutti
    Bruno R. Morasutti
    Law Office of Bruno R. Morasutti, LLC
    405 Broad Street
    Meriden, CT 06450-8212
    203-639-7245

SO ORDERED

_____
Julie A. Manning
U.S. Bankruptcy Judge