UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: | : |
| | : |
| ERIKA L. PETERSON | : |
| Debtor | : |
| _____ | : CHAPTER 7 |
| : | |
| MARGARET PALMER | : |
| | : CASE NO. 13-31845 |
| Movant | |
| : | |
| VS. | |
| : | RE: ECF NO 7 |
| ERIKA PETERSON | |
| : | |
| Debtor | : |
| : | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

After notice and hearing on Margaret Palmer (hereafter, the "Movant"), Motion for Relief from Stay (hereafter, the "Motion", Doc. I.D. No. 7,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** – the automatic stay of 11 U.S. C. §362(a) is hereby modified pursuant to 11 U.S.C. §362(d) to permit the Movant, and/or its successors and assigns to commence, continue to prosecute to judgment a personal injury action and otherwise exercise its rights, if any, to the extent of available insurance coverage in accordance with applicable state law.

Dated: February 25, 2014                                BY THE COURT

*Julie A. Manning*
Julie A. Manning
United States Bankruptcy Judge